IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HUSKY DRILLING, INC., and
TREVOR HERRERA,

        Plaintiffs,

v.                                    CV-01-1205 ~~WWD~~/RLP-ACE
                                          MCA

VALLEY FORGE INSURANCE COMPANY,
a foreign corporation, and CNA INSURANCE COMPANY,
a foreign corporation,

        Defendants.

PLAINTIFFS' MOTION TO STRIKE THE TESTIMONY OF
DEFENSE EXPERT TONY SCHRADER, ESQ. FOR HIS WILLFUL FAILURE
TO ATTEND HIS OWN TIMELY NOTICED DEPOSITION OR IN THE
ALTERNATIVE
AN AWARD OF RULE 37(D)SANCTIONS

Plaintiffs, by and through their attorneys of record, Vigil & Vigil, P.A. hereby move the Court for the entry of an order excluding the trial testimony of Defense expert Tony Schrader, Esq., or in the alternative an award of discovery sanctions pursuant to Fed. R. Civ. P. 37(d) for Mr. Schrader's failure to appear at his deposition scheduled on August 17, 2002 in Austin, Texas, his place of residence. In support of their Motion, Plaintiffs state as follows:

    1.    Defense expert Tony Schrader's deposition was timely noticed and originally scheduled for Friday, August 16, 2002, in Austin Texas. *See* Exhibit "A" attached hereto. All travel accommodations were scheduled and an airplane ticket was purchased for Ms. Vigil to fly out on Thursday



1

        morning on August 15, 2002.

2. A few days before the scheduled deposition, counsel for Plaintiffs were informed that Mr. Schrader's deposition would need to be moved to Saturday, August 17, 2002. Plaintiffs were more than accommodating to this request and set out immediately to find a new site in Austin for the deposition which could accommodate Mr Schrader, as well as, an available court reporting firm open on a Saturday to record deposition. *See* Exhibit "B" attached hereto.

3. On Thursday morning, August 15, 2002, at approximately 10:15 a.m. defense counsel Pat Allen, telephoned Plaintiffs' office and informed Ms. Lucero that Mr. Schrader would not be able to attend his deposition after all. The reason given was that he was testifying all week in federal court and could not be present in his own home town to sit for his deposition on Saturday. Ms. Vigil was already on a plane taxing the run way when Mr. Allen called. Ms. Lucero had no way of reaching her until she arrived in Austin later that afternoon.

4. Plaintiffs are substantially prejudiced by this inappropriate last minute cancellation of an expert deposition. No reason exists that Mr. Schrader could not be available for his deposition, particularly since it was scheduled to take place in his own home town. Accordingly, Mr. Schrader should be excluded from testifying at trial based on his willful

failure to appear for his timely noticed and re-noticed deposition.

5. In the alternative, if this Court does not strike Mr. Schrader's testimony, Defendant CNA's action in failing to timely produce their expert witness, Mr. Schrader, for his appropriately noticed deposition, warrants the imposition of sanctions pursuant to Fed. R. Civ. P. 37(d)(allowing sanctions for failure to appear and answer questions at deposition after being served with proper notice).

6. Mr. Schrader's refusal to appear at his deposition caused a great inconvenience and expense to Plaintiffs. Ms. Vigil lost two full days out of the office, as well as the cost of the wasted trip.

7. CNA should be sanctioned in an amount and to an extent that they will not repeat this type of behavior. Counsel respectfully requests that under Rule 37(d) the court require that Defendants pay the resulting travel expenses of Plaintiffs' counsel, including a reasonable attorney fee. *See Hyde & Drath v. Baker*, 24 F.3d 1162 (9th Cir. 1994)(Holding "the court must require that the party failing to participate in discovery and/or the party's attorney pay the resulting expenses of the other party, including a reasonable attorney fee.") Ms. Vigil's last hourly rate approved by the court for her work in a bad faith case was $235.00/per hour. Mr. Schrader cost her and the Vigil & Vigil, P.A. two full eight hour days out of the office. At the approved hourly rate, the firm has lost $3,760.00.

Ms. Vigil should be compensated by Defendant CNA for the cost of the airline ticket ($283.50) and Ms. Vigil's lost time from the firm. *See* Exhibit "C" attached hereto (cost of ticket)

8. Counsel for Defendant CNA has been contacted regarding repayment of Ms. Vigil's expenses and reasonable attorney's fees and refuses to provide payment for these expenses. *See* Exhibit "D" attached hereto (Letter to Mr. Allen and response from Mr. Allen).

WHEREFORE, Plaintiffs respectfully request the Court enter an Order excluding the trial testimony of expert witness Tony Schrader, Esq. or in the alternative an award of sanctions for this willful abuse of the discovery rules.

Respectfully submitted,

VIGIL & VIGIL, P.A.
2014 Central Ave., S.W.
Albuquerque, New Mexico 87104
(505) 243-1706

*Amalia A. Lucero*
LISA K. VIGIL
AMALIA S. LUCERO
Attorneys for Plaintiffs

I hereby certify that a true and correct
copy of the foregoing pleading was forwarded
by regular mail to opposing counsel of record
this 6th day of September, 2002.

*Amalia A. Lucero*
Amalia S. Lucero, Esq.

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HUSKY DRILLING, INC.,
and TREVOR HERRERA,

      Plaintiffs,

vs.   Civil No. 01-1205 WWD/RLP

VALLEY FORGE INSURANCE COMPANY,
a foreign corporation, and CNA INSURANCE
COMPANY, a foreign corporation,

      Defendants.

### NOTICE OF ORAL VIDEO TAPED and STENOGRAPHIC DEPOSITION DUCES TECUM

TO:  Tony Schrader, P.C.
      c/o Patrick Allen, Esq.
      Attorneys for Valley Forge Insurance
        Company, et al.
      5100 Indian School Rd., NE
      Albuquerque, New Mexico 87110

PLEASE TAKE NOTICE that the Plaintiffs will take the oral deposition of Tony Schrader, said deposition to take place on Friday, August 16, 2002, at 11:30 a.m. at the Texas Bar Center, 1414 Congress Avenue, in Austin, Texas.

Pursuant to LR-CV30.1, you are further advised that this deposition will be recorded by a certified court reporter and videographer from Digital Deposition Services.

The Deponent should please bring with him to the deposition the following:

1. All documents in his possession or control received, reviewed or created by him related to this lawsuit.


EXHIBIT "A"

2. All billing and time records for services performed related to this lawsuit.

3. A copy of his current curriculum vitae.

4. All material that he reviewed or that he relied upon in forming his opinions in this lawsuit.

5. A list of all depositions in which he has previously been deposed.

6. A copy of all research into the cases, any law review articles read or relied upon in formulating an opinion, and any other sources.

7. A copy of all writings or articles authored by deponent as referred to in your report.

8. Please provide all 1099's from all insurance companies that have paid you over the last five years.

9. Please provide all billings to insurance companies or their lawyers for the last five years.

Plaintiff intends that the deposition may be used at trial pursuant to Rule 30 of the Rules of Civil Procedure for the United States District Courts.

VIGIL & VIGIL, P.A.

By: *[signature]*
Lisa K. Vigil
Attorneys for Plaintiff
2014 Central Avenue SW
Albuquerque, New Mexico 87104
Telephone: (505) 243-1706
Facsimile (505) 842-1848

2

I hereby certify that I have faxed and mailed the foregoing pleading to all counsel of record this 28th day of June, 2002.

_____
Lisa K. Vigil, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HUSKY DRILLING, INC.,
and TREVOR HERRERA,

    Plaintiffs,

vs.                              Civil No. 01-1205 WWD/RLP

VALLEY FORGE INSURANCE COMPANY,
a foreign corporation, and CNA INSURANCE
COMPANY, a foreign corporation,

    Defendants.

AMENDED
NOTICE OF ORAL VIDEO TAPED and STENOGRAPHIC DEPOSITION
DUCES TECUM

TO:  Tony Schrader
       c/o Patrick Allen, Esq.
       Attorneys for Valley Forge Insurance
         Company, et al.
       5100 Indian School Rd., NE
       Albuquerque, New Mexico 87110

PLEASE TAKE NOTICE that the Plaintiffs will take the oral deposition of Tony Schrader, said deposition to take place on Saturday, August 17, 2002, at 2:00 p.m. at Esquire Deposition Services, 3101 Bee Caves Road, Suite 220, in Austin, Texas.

Pursuant to LR-CV30.1, you are further advised that this deposition will be recorded by a certified court reporter and videographer from Esquire Deposition Services.

The Deponent should please bring with him to the deposition the following:

1.    All documents in his possession or control received, reviewed or created by him related to this lawsuit.

EXHIBIT "B"

2. All billing and time records for services performed related to this lawsuit.

3. A copy of his current curriculum vitae.

4. All material that he reviewed or that he relied upon in forming his opinions in this lawsuit.

5. A copy of every deposition he has given.

6. A copy of a document, pleading or piece of correspondence that lists the full caption for every CNA company lawsuit that you have participated in as an expert witness.

7. A list of all depositions in which you have previously been deposed.

8. A copy of all research into the cases, any law review articles read or relied upon in formulating an opinion, and any other sources.

9. A copy of all writings or articles authored by deponent as referred to in your report.

10. Please provide all 1099's from all insurance companies that have paid you over the last five years.

11. Please provide all billings to insurance companies or their lawyers for the last five years.

Plaintiff intends that the deposition may be used at trial pursuant to Rule 30 of the Rules of Civil Procedure for the United States District Courts.

VIGIL & VIGIL, P.A.

By: _____
Lisa K. Vigil
Attorneys for Plaintiff
2014 Central Avenue SW
Albuquerque, New Mexico 87104
Telephone: (505) 243-1706
Facsimile (505) 842-1848

I hereby certify that I have faxed and mailed the foregoing pleading to all counsel of record this 14th day of August, 2002.

_____
Lisa K. Vigil, Esq.

```
SALES PERSON: 65         ITINERARY/INVOICE NO. 0301986        DATE: 12 JUL 02
CUSTOMER NBR: 010205                EZWBTH                    PAGE: 01
```

                                                                6916 Montgomery, N.
                                                                P.O. Box 909!
TO: LAW OFFICE ~~OF BEN VIGIL~~  VIGIL & VIGIL PA              Albuquerque, N.
    ~~100 14TH ST SW~~ 2014 CENTRAL SW         **BOLACK**              87199-09!
    ALBUQUERQUE NM 8710~~2~~4             TOTAL • TRAVEL       (505) 881-119
                                                               Fax (505) 346-11!
                                                               www.bolack.co
                    DURING BUSINESS HOURS CALL BOLACK • • • Wats 1-800-258-14:
                            FOR 24 HR. EMERGENCY TRAVEL ASSISTANCE CALL • • • 1-800-358-18

```
FOR: VIGIL/LISA
     VIGIL/ZANE

        *****PLEASE VERIFY YOUR TRAVEL RESERVATIONS*****
        *****DISCREPANCIES MUST BE MODIFIED WITHIN*****
        *****24 HOURS OF TICKETING TO AVOID PENALTIES***
        *****505-881-1198 OR  1-800-258-1424*****
        *****CHECK IN AT LEAST 2 HRS PRIOR TO DEPARTURE***
        *****TRAVEL AGENCY ITINERARY REQUIRED AT CHECK IN***

OTHER
15AUG   ALBUQUERQUE
 THU                     AIRFARE NONREFUNDABLE 283.50 PER PERSON
                         567.00TOTAL
OTHER
        ALBUQUERQUE
                         NONREFUNDABLE SERVICE FEE44.50
 AIR
        LV ALBUQUERQUE      1015A    SOUTHWEST AIRLINES      1363M
                                                               02HR 50MIN
        AR AUSTIN           205P              1-STOP         EQP:    BOEING 737-20
        VIA DALLAS LOVE FLD
 CAR    AUSTIN              HERTZ RENT A CAR        INTER CAR AUTO A/C
        PICK UP-205P
        RETURN-18AUG/1400
        RATE PLAN  3 DAYS 0 HRS           USD   FREE MI/KM  EX MI/KM
        DAILY                             26.09   UNL
        EXTRA DAY-                        57.59   UNL
        EXTRA HOUR-                       13.05   UNL
        MANDATORY CHARGES                 31.74
        APPROX RENTAL COST               110.01   UNL
        CONFIRMATION B88143937A3GOLD             RATE GUARANTEED
        CALL-512 530-3600
        ID-23271590

 AIR
18AUG   LV AUSTIN           200P     SOUTHWEST AIRLINES      2013M
 SUN                                                           55MIN
        AR DALLAS LOVE FLD  255P                             EQP:    BOEING 737-20
        ARRIVE: MAIN
 AIR
        LV DALLAS LOVE FLD  340P     SOUTHWEST AIRLINES      1520M
        DEPART: MAIN                                           01HR 45MIN
        AR ALBUQUERQUE      425P                             EQP:    BOEING 737-20

                    CONTINUED ON PAGE 2                   EXHIBIT
                                                            "C"
ITINERARY
ACCEPTED BY: _____      DATE: _____
```

# VIGIL & VIGIL
### A Professional Association
## ATTORNEYS AT LAW

CENTRAL LAW BUILDING

JACOB G. VIGIL
LISA K. VIGIL
AMALIA S. LUCERO

2014 Central Avenue Southwest
Albuquerque, New Mexico 87104

TELEPHONE: (505) 243-1706
FACSIMILE: (505) 342-1848

August 21, 2002

Patrick Allen, Esq.
YENSON, LYNN, ALLEN & WOSICK, P.C.
P.O. Box 26447
Albuquerque, NM 87125-6447

Dear Counsel;

As you know, it has been an enormous and expensive inconvenience for Tony Shrader to refuse to attend his deposition in his home town, set first for August 16, 2002 and then moved to accommodate him to August 17, 2002. Because of the original scheduling, my flight was set to leave at 10:15 a.m. on Thursday. It was as my plane was lifting off Thursday morning that Amalia Lucero, my associate, got the call that Mr. Shrader would not be coming to his deposition.

I would not have spent two days out of my office had I known that Mr. Shrader's deposition was not going to be taking place. The cost to my firm for my absence was much greater than the cost of my airline tickets. I have sent a copy of my itinerary to you for immediate reimbursement of my airline tickets ($283.00). As you know, my sister lives in Austin, so I did not have lodging expenses, but I cannot stress the inconvenience of being in Austin unnecessarily. Lugging 30 pounds of unnecessary paperwork across states is not a vacation, nor is trying to run my office out of town.

My last hourly rate approved by the court for my work in a bad faith case was $235.00/hour. Mr. Shrader cost me two full days out of my office. I work well over an eight hour day. At my last approved rate for two, eight hour days, my firm has lost $3,760.00. I will expect CNA (or Mr. Shrader) to compensate my firm for the cost of my airline ticket and my lost time from the firm.



EXHIBIT "D"

Additionally, I will expect Mr. Shrader to appear here for his deposition within the next two weeks.

>Very truly yours,
>
>VIGIL & VIGIL, P.A.
>
>LISA K. VIGIL, Esq.

LKV/jm

# VIGIL & VIGIL
A Professional Association

ATTORNEYS AT LAW

JACOB G. VIGIL
LISA K. VIGIL
AMALIA S. LUCERO

CENTRAL LAW BUILDING
2014 Central Avenue Southwest
Albuquerque, New Mexico 87104

TELEPHONE: (505) 243-1706
FACSIMILE: (505) 842-1848
E-Mail: lisa@vigillawfirm.com

August 28, 2002

Via Facsimile Transmission

Patrick Allen, Esq.
YENSON, LYNN, ALLEN & WOSICK, P.C.
5100 Indian School Rd., NE
Albuquerque, NM 87110

RE: *Husky Drilling et al v. Valley Forge et al*; Cause No. CV 01-1205 WWD/RLP

Dear counsel:

Following our prior discussion I have set Tony Schrader's deposition in September, to tie down the date. We need an answer whether CNA is going to meet the expenses I listed in my previous letter because Mr. Shrader refused to attend his deposition. Whether he was medically incapable or out for some other reason, my firm should not be suffering the brunt of his unavailability. I am trying to be very conciliatory by agreeing to again fly out to Austin, instead of requiring he appear here, because of his inability to fly, but require payment for the time out of the office due to his unavailability, in addition to the flight cost. Please provide me with a response by August 30, 2002.

Very truly yours,

VIGIL & VIGIL, P.A.

LISA K. VIGIL

LKV/pm

# Yenson, Lynn, Allen & Wosick, P.C.

A T T O R N E Y S   A T   L A W

*Terrance P. Yenson*
*Phyllis Savage Lynn*
*Patrick D. Allen*
*Joseph B. Wosick*
*Matthew A. Pullen*
*Gordon J. McCulloch,*
  *of counsel*

August 30, 2002

Lisa K. Vigil, Esq.
Vigil & Vigil, P. A.
2014 Central Avenue, S. W.
Albuquerque, New Mexico  87104

Re:   Husky Drilling, et al. v. Valley Forge, et al.
      CV-01-1205 WWD/RLP

Dear Lisa:

I am in receipt of your recent letters requesting reimbursement for time spent out of the office on August 15 and 16, 2002. While I regret the inconvenience of having to cancel Mr. Schrader's deposition at the last minute, I cannot agree to pay your hourly rate for time spent out of the office. First, as we have already discussed, I have agreed to reimburse you for your airfare to and from Austin. Second, you specifically told me that you spent Thursday and Friday waterskiing with your family who live in Austin, and I cannot imagine why you are asking me to pay for your recreational time. The fact of the matter is Mr. Schrader's deposition was moved to Saturday, August 17, and it was you who chose to leave your office two days early to enjoy time with your family. Third, there are numerous expenses we are having to incur in this case due to your failure to disclose witnesses and damages when you had an obligation to do so early in this case. Just as an example, Matt Pullen is having to redepose Trevor Herrera because of your prior refusal to provide information regarding damages. We certainly have a legitimate claim against you to pay for our additional time and expense in reconvening this deposition. Rather than quibble over these matters, I would suggest we both absorb our time and simply move forward with the lawsuit.

I am assuming that we are still on for Mr. Schrader's deposition on September 10. I will look forward to receiving your Notice of Deposition for that date. I look forward to seeing you in Austin on the 10th.

Sincerely,

YENSON, LYNN, ALLEN & WOSICK, P.C.

Patrick D. Allen

PDA:kab